IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) <br> ) **Master Dkt. No. 2:18-mn-02873** <br> )     Richard Gergel, USDJ <br> ) **This Document Relates** *only* **to cases:** <br> )     CA No. 2:25-cv-07073-RMG <br> )     CA No. 2:25-cv-11664-RMG |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
REGARDING GENTEX CORPORATION ONLY**

PLEASE TAKE NOTICE that Plaintiffs, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses this action as to Defendant Gentex Corporation only, without prejudice and without costs to any party.

Dated: September 2, 2025

*Jan Schlichtmann*
Jan Schlichtmann, Esq.
Attorney for Plaintiffs
Ma. BBO #445900
PO Box 233
Prides Crossing, MA 01965
978-804-2553
Email: jan@schlichtmannlaw.com